**Order entered October 5, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01132-CV

## FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP AND RICHARD A. WOLFE, Appellants

## V.

## MILLENNIUM CHEMICALS INC., MILLENNIUM AMERICA HOLDINGS, LLC AND MILLENNIUM HOLDINGS, LLC, Appellees

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-13422

## ORDER

The Court **GRANTS** District Clerk Felicia Pitre's October 3, 2016 motion for extension of time to file the clerk's record.

We **ORDER** Ms. Pitre to file the clerk's record within **TEN DAYS** from the date of this order.

/s/    ELIZABETH LANG-MIERS
JUSTICE